IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENNY WILLIAMS,

    Petitioner,                      No. CIV S-07-2077 GEB GGH P

    vs.

SUE HUBBARD, et al.,

    Respondent.                    ORDER

_____/

        On February 25, 2008, the parties filed a joint scheduling statement. Good cause appearing, IT IS HEREBY ORDERED that on or before May 5, 2008, petitioner shall file either an amended petition containing exhausted claims, or an amended petition containing exhausted claims and a motion to hold this action in abeyance pending further exhaustion; if petitioner does not seek to hold this action in abeyance, all motions for discovery and for evidentiary hearing shall be filed on May 5, 2008; respondent's response to petitioner's amended petition is due on or before 45 days thereafter.

DATED: 03/06/08

                                          /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

will2077.sch

1