IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY WILLIAMS,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>SUE HUBBARD, Warden, et al.,<br><br>　　　　　　　　　　Respondents. | CIV S-07-2077 GEB GGH P<br><br>**ORDER** |

　　　Respondents have requested a seven (7) day extension of time in which to file Respondents' reply to Petitioner's opposition to motion to dismiss and to continue the hearing on Respondents' motion to dismiss until September 4, 2008, at 10:00 a.m. Petitioner does not object to the continuances. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including August 18, 2008, in which to file a response to Petitioner's opposition to motion to dismiss and the hearing on Respondents' motion to dismiss is continued until September 4, 2008, at 10:00 a.m.

Dated: 08/13/08　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
will2077.eot　　　　　　　　　　　　　　　　Honorable Gregory G. Hollows