IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**BENNY WILLIAMS**,

    Petitioner,

vs.

**SUE HUBBARD, et al.**

    Respondents.

CIV S-07-2077 GEB GGH P

**ORDER**

Petitioner has requested that the hearing on the Respondent's Motion to Dismiss be continued until January 8, 2009, at 10:00 a.m.  GOOD CAUSE APPEARING, the hearing on Respondent's Motion to Dismiss is continued until January 8, 2009, at 10:00 a.m.

Dated: 09/05/08

    /s/ Gregory G. Hollows

    _____

    United States Magistrate Judge

Will2077.eot