IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**BENNY WILLIAMS** ) CIV S-07-2077 GEB GGH P
)
      Petitioner, ) **ORDER**
)
   vs. )
)
**SUE HUBBARD, et al.** )
)
      Respondents. )
)

The parties have stipulated that Respondent's Motion to Dismiss scheduled for hearing on January 8, 2009, at 10:00 a.m, be submitted on the record and the briefs. GOOD CAUSE APPEARING, the stipulation is approved and the Motion to Dismiss will be decided on the briefs. IT IS SO ORDERED.

Dated: January 7, 2009

                                                  <u>/s/ Gregory G. Hollows</u>
                                                  Magistrate Judge Gregory G. Hollows

Will2077.stip